UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEMBA RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENNA INCORPORATED, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. C06-359-JPD<br><br>ORDER OF DISMISSAL |

　　　The Court, after careful consideration of the Stipulation (Dkt. No. 17) filed by Plaintiff Gemba Research, L.L.C. and Defendants Enna, Incorporated, Collin R. McLoughlin and Philip S. Goritsas (collectively "the Parties"), for dismissal of all claims and counterclaims brought between the Parties, hereby ORDERS as follows:

　　　Pursuant to the Stipulation and Fed. R. Civ. P. Rule 41(a), all claims and counter-claims asserted in the above-captioned action are DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees. The Court will retain jurisdiction over this matter to enforce the terms of the Parties' December 8, 2006 confidential settlement agreement and to determine any dispute arising thereunder.

　　　DATED this 10th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/ James P. Donohue
　　　　　　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge